EMIL DIECKERHOFF et al., Respondents, v. OTTO ALDER et al., Appellants.

*Dieckerhoff* v. *Adler*, 7 App. Div. 607, affirmed.
(Argued January 24, 1899; decided February 28, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered in June, 1896, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*Thomas P. Wicks* and *George C. Lay* for appellants.

*Peter B. Olney* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.